IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR DENNIS | : | CIVIL ACTION |
| v. | : | |
| TABB BICKELL, et al. | : | NO. 13-3371 |

## ORDER

C. DARNELL JONES, II, J.,

AND NOW, this 21st day of October, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is placed in suspense until the conclusion of the state appellate proceedings.

3. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

BY THE COURT:

_____
C. DARNELL JONES, II, J.

FILED OCT 21 2013

ENTERED
OCT 21 2013
CLERK OF COURT